# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD

**DEFENDANTS**
DEMPSEY ING, INCORPORATED and JAMES E. DODSON

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Kane County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
DALEY AND GEORGE, LTD., 20 S. Clark St., Suite 400
Chicago, IL 60603
(312) 726-8797

Attorneys (If Known)

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** — [X] 791 Empl. Ret. Inc. Security Act

**V. ORIGIN** — [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
29 U.S.C. §§ 1132, 1145; 29 U.S.C. § 185

**VII. PREVIOUS BANKRUPTCY MATTERS**

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE 7/10/2008  SIGNATURE OF ATTORNEY OF RECORD