U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 CV 3931

Central Laborers' Pension Fund Board of Trustees, Central
Laborers' Welfare Fund Board of Trustees, Central Laborers'
Annuity Fund Board of Trustees, and Barry McAnarney,
vs.
Dempsey Ing, Incorporated, and James E. Dodson.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Dempsey Ing, Incorporated, an Illinois corporation, and James E. Dodson, individually

| | |
|---|---|
| NAME (Type or print) <br> Gary K. Mickey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gary K. Mickey | |
| FIRM <br> Mickey, Wilson, Weiler, Renzi & Andersson, P.C. | |
| STREET ADDRESS <br> 2111 Plum Street, Suite 201 | |
| CITY/STATE/ZIP <br> Aurora, IL 60506 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1905007 | TELEPHONE NUMBER <br> 630/801-9699 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |