UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY, <br><br> Plaintiffs, <br><br> vs. <br><br> DEMPSEY ING, INCORPORATED, an Illinois corporation, and JAMES E. DODSON, individually, <br><br> Defendants. | Case No. 08 CV 3931 <br><br> Judge Castillo <br> Magistrate Judge Schenkier |

### NOTICE OF FILING

TO:  Mr. Richard A. Toth
     DALEY & GEORGE, LTD.
     20 S. Clark Street, Suite 400
     Chicago, IL 60603

**PLEASE TAKE NOTICE** that on July 24, 2008, we filed with the Clerk of the above Court, Defendants' **Appearance** and **Answer to Complaint** in the above-captioned matter, a copy of which is hereby served upon you.

DEMPSEY ING, INCORPORATED, an Illinois corporation, and JAMES E. DODSON, individually

By: _____
Bernard K. Weiler, One of their attorneys

1

STATE OF ILLINOIS        )
                         : S.S.
COUNTY OF KANE           )

    The undersigned, being first duly sworn, upon oath states that she served the above Notice upon each of the persons or firms therein addressed, by depositing copies thereof in the U.S. mail in envelopes plainly addressed, as above shown, with postage fully prepaid at Aurora, Illinois, before 5:00 p.m. on July 24, 2008.

_____

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008.

_____
Notary Public

OFFICIAL SEAL
MAYBELLE A. RYGH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-28-2012

Mr. Bernard K. Weiler/3128608
MICKEY, WILSON, WEILER, RENZI & ANDERSSON, P.C.
2111 Plum Street, Suite 201
P.O. Box 787
Aurora, IL 60507-0787
Tel: 630/801-9699
Fax: 630/801-9715