AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY

V.

DEMPSEY ING, INCORPORATED and
JAMES E. DODSON

CASE NUMBER: 08CV3931

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

DEMPSEY ING, INCORPORATED
c/o James E. Dodson, President
601 E. North St.
Elburn, IL 60119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

July 10, 2008
Date



# Affidavit of Process Server

Central Laborer's vs Dempsey Ing, Inc. etal. 08CV3931
PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE #

Being duly sworn, on my oath, I __Karl Brown__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Dempsey Ing, Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with _____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __Cindy Carlson__
at ☐ Home _____
☒ Business __601 E. North St. Elburn IL__
☒ on (DATE) __7-14-08__ at (TIME) __10:35 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Cindy Carlson Office Mgr.__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME
( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin   ☐ Brown Hair  ☐ Balding     ☒ 21-35 Yrs.   ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
          ☐ Yellow Skin  ☒ Blond Hair   ☐ Mustache    ☐ 36-50 Yrs.   ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
          ☐ Brown Skin   ☐ Gray Hair                  ☐ 51-65 Yrs.   ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin     ☐ Red Hair     ☐ Beard       ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY __Karl Brown__
LASALLE PROCESS SERVERS

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this __8__ day of __August__, 20__08__

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.