### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3931                 Assigned/Issued By: PH

Judge Name: CASTILLO                  Designated Magistrate Judge: SCHENKIER

---

## FEE INFORMATION

***Amount Due:***    ☑ $350.00        ☐ $39.00        ☐ $5.00

                     ☐ IFP            ☐ No Fee        ☐ Other _____

                     ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00 _____        Receipt #: 2923454 _____

Date Payment Rec'd: 07/10/2008 _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____            _____
        *(Type of Writ)*                   *(Type of issuance)*

2___ Original and 0_____ copies on 07/10/2008_____ as to _____
                                        *(Date)*
DEMPSEY ING, INCORPORATED and JAMES E. DODSON
_____

_____

# Affidavit of Process Server

Central Laborer's _____ vs Dempsey Ing, Inc. et al. __ 08CV3931
PLAINTIFF/PETITIONER _____ DEFENDANT/RESPONDENT ____ CASE #

Karh Brown

Being duly sworn, on my oath, I _____
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _James E Dodson_____
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons and Complaint _____

_____

_____

by serving (NAME) _____

at ☐ Home _____

☐ Business _____

☐ on (DATE) _____ at (TIME) _____

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service:
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☒ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant _____
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ___ ) 7-17-08 8³⁰ᴬᴹ   ( ___ ) 7-30-08 2³⁰ᴾᴹ
DATE   TIME _____ DATE   TIME

( ___ ) 7-14-08 10³⁰ᴬᴹ , ( ___ ) 7-25-08 9³⁰ᴾᴹ ( ___ ) _____
DATE   TIME _____ DATE   TIME _____ DATE   TIME

## Description:
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

_____

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this ___ day of _August___, 20_08_

NOTARY PUBLIC

Karl Brown
SERVED BY
LASALLE PROCESS SERVERS

Numerous attempts to serve defendant.
Left business card with message. Called
to coordinate service time. No response
from defendant.

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

**CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.**